E. E. JEFFCOAT, alias ELVIN E. JEFFCOAT, *Plaintiff in Error,* v. L. F. CHAPMAN, *Defendant in Error.*

146 So. 588.

En Banc.

Decision filed February 14, 1933.

Rehearing denied March 21, 1933.

*Joseph W. Nichols,* for Plaintiff in Error;

*Cary D. Landis, Attorney General,* and *H. E. Carter, Assistant,* for Defendant in Error.

PER CURIAM.—The judgment of the Circuit Court remanding the plaintiff in error to the custody of the defendant in error to await the execution of the judgment and sentence of death should be affirmed on authority of the opinion and judgment in the case of J. W. Buchanan v. L. F. Chapman, filed at this Term of the Court, and it is so ordered.

Affirmed.

WHITFIELD, TERRELL and BUFORD, J. J., and JOHNSON, Circuit Judge, concur.

DAVIS, C. J., disqualified.

BROWN, J., dissents.